**TIFFANY & BOSCO, P.A.**
Richard G. Himelrick (#004738)
Seventh Floor Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016
Telephone: (602) 255-6000
Fax: (602) 255-0103
rgh@tblaw.com

**THE ROSEN LAW FIRM P.A**.
Phillip Kim
Laurence Rosen
275 Madison Avenue, 34th Floor
New York, NY 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
pkim@rosenlegal.com
lrosen@rosenlegal.com

Counsel for Movant Matthew Stapen

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| *In re AudioEye, Inc. Sec. Litig.,* | Case No: CV-15-163-TUC-DCB (LEAD) <br><br> **DECLARATION OF RICHARD G. HIMELRICK IN SUPPORT OF THE MOTION TO INTERVENE BY MOVANT MATTHEW STAPEN** |

I, Richard G. Himelrick declare:

1. I am an attorney admitted to practice law before the courts of the State of Arizona and this Court.

2. I am an attorney with the law firm Tiffany & Bosco, P.A.

3. I am one of the attorneys representing Movant Matthew Stapen.

4. I am familiar with the relevant facts and circumstances in this case.

5.   I submit this Declaration in support of Movant's Motion to Intervene.

6.   Exhibit 1 contains the proposed additional allegations to the Consolidated Amended Class Action Complaint for Violation of the Federal Securities Laws.

I declare under penalty of perjury that these statements are true and correct.

Executed this 29th day of December, 2015, at Phoenix, Arizona.

*/s/ Richard G. Himelrick*
Richard G. Himelrick

**CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice list.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

      *s/ Shelley Boettge*
      Shelley Boettge